**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **RES IPSA USA, LLC**, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>**RES IPSA, LLC**, )<br>)<br>    Defendant. ) | Civil Action<br>No. 1:17-cv-02913-CAP |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Res Ipsa USA, LLC, hereby dismisses with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 26th day of September, 2017.

*/s/ Joshua Moore*
Joshua M. Moore
Georgia Bar No. 520030

**GOGO & MOORE, LLC**
541 10th Street NW #213
Atlanta, Georgia 30318
Telephone: (470) 440-3345
Facsimile: (888) 908-5984

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of September, 2017, I served a copy of the foregoing **Notice of Dismissal** by placing in the United States Mail, postage prepaid, addressed to the following:

Joan T. Kluger
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801

Res Ipsa, LLC
2218 Walnut Street
Philadelphia, PA 19103

Res Ipsa, LLC
c/o Michael J. Capriotti, Registered Agent
2300 East Cabot Street
Philadelphia, PA 19125

/s/ Joshua Moore
Joshua M. Moore
Georgia Bar No. 520030